

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND LETICIA R. BENAVIDES**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

## O R D E R

    Appellee's Motion to Increase Word Limit is hereby GRANTED. The word count limit is 18,500.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court